# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES OBELKEVICH and DIANA OBELKEVICH,<br>　　　　Plaintiffs<br><br>　　v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br>　　　　Defendant | No. 3:18cv1111<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 20th day of June 2019, it is hereby **ORDERED** that Defendant Safeco Insurance Company of Illinois' motion for partial summary judgment on Count II, Bad Faith, (Doc. 17) is **DENIED**.

　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　s/ James M. Munley_____
　　　　　　　　　　　　　**JUDGE JAMES M. MUNLEY**
　　　　　　　　　　　　　**United States District Judge**