IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES OBELKEVICH and<br>DIANA OBELKEVICH,<br>　　　　Plaintiffs<br><br>　　v.<br><br>SAFECO INSURANCE<br>COMPANY OF ILLINOIS,<br>　　　　Defendant | :　No. 3:18cv1111<br>:<br>:　(Judge Munley)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER OF DISMISSAL

Upon notice to the Court by counsel that this case is settled, it is hereby ordered that this case is dismissed without costs. The parties have thirty (30) days in which to consummate the settlement.

Date: 9/12/19

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court